AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Middle__ DISTRICT OF __Alabama__

John Ashton

V.

Florala Memorial Hospital, Russel Page, M.D., Samuel E. Poppell, M.D., and Blaire Henson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv226-ID

TO: (Name and address of defendant)

Samuel E. Poppell, M.D.
911 Mar Walt Dr #A
Fort Walton Beach, FL 32547

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Riley Powell, IV
The Powell Law Firm
P.O. Drawer 969
Andalusia, AL 36420

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE 3-10-06

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Middle__ DISTRICT OF __Alabama__

John Ashton

v.

Florala Memorial Hospital, Russel Page, M.D., Samuel E. Cappell, M.D., and Blaire Henson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV226-ID

TO: (Name and address of defendant)

Florala Memorial Hospital
24273 5th Ave
P.O. Box 189
Florala, AL 36442

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Riley Powell, IV
The Powell Law Firm
P.O. Drawer 969
Andalusia, Alabama 36420

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

3-10-06

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Middle _____ DISTRICT OF _____ Alabama

John Ashton

v.

Florala Memorial Hospital; Russel Page, M.D., Samuel E. Poppell, M.D., and Blaire Henson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV226-ID

TO: (Name and address of defendant)

Blaire Henson
24273 5th Ave
P.O. Box 189
Florala, AL 36442

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Riley Powell, IV
The Powell Law Firm, P.C.
P.O. Drawer 969
Andalusia, AL 36420

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                             3-10-06

**CLERK**                                    **DATE**

_(signature)_

**(BY) DEPUTY CLERK**

# United States District Court

_Middle_ DISTRICT OF _Alabama_

John Ashton

v.

Florala Memorial Hospital, Russell Page, M.D., Samuel E. Poppell, M.D., and Blaire Henson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv226-ID

TO: (Name and address of defendant)

Russell Page, M.D.
24273 5th Ave
P.O. Box 189
Florala, AL 36442

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Riley Powell, IV
The Powell Law Firm, P.C.
P.O. Drawer 969
Andalusia, AL 36420

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

3-10-06
DATE

(BY) DEPUTY CLERK