| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): DEANN OSWALD   C. Date of Delivery: 3-13-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Florala Memorial Hospital<br>24273 Fifth Avenue<br>Post Office Box 189<br>Florala, AL. 36442<br><br>_pending (20)_ | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0005 1897 0653 |

PS Form 3811, February 2004   Domestic Return Receipt   06-226   102595-02-M-1540

Ashton

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _DeAnn Oswald_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  DEANN OSWALD<br>C. Date of Delivery  3-13-06 |
| 1. Article Addressed to:<br><br>Russell Page, M.D.<br>24273 Fifth Avenue<br>P.O. Box 189<br>Florala, AL<br>    36442 (20) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0005 1897 0639  9 |
| PS Form 3811, February 2004 | Domestic Return Receipt  06-226    102595-02-M-1540 |

Ashta

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ DeAnn Oswald   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): DeAnn Oswald
C. Date of Delivery: 3-13-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Blaire Henson
24273 Fifth Avenue
Post Office Box 189
Flomaton, Alabama
36442

Hn: Cnp (20)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 0390 0005 1897 0660

06-226

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540