UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, <br><br>Plaintiff, <br><br>vs. <br><br>FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D., and SAMUEL E. POPPELL, M.D., <br><br>Defendants. | CIVIL ACTION NO. 2:06CV-226-D |

**NOTICE OF APPEARANCE**

Comes now, Alan C. Livingston, Lee and McInish, P.C., and enters his appearance as counsel of record for Defendant, Russell Page, M.D.

This the 17th day of March, 2006.

Respectfully submitted,

/s/ *Alan Livingston*
ALAN LIVINGSTON, (LIV007)
*Attorney for Defendant Russell Page, M.D.*
LEE & McINISH, ATTORNEYS
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
alivingston@leeandmcinish.com

## CERTIFICATE OF SERVICE

     I hereby certify that on March 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Riley Powell, IV and Tabor Novak.

Dated this the 17th day of March, 2006.

                                              */s/ Alan C. Livingston*
                                              OF COUNSEL