UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
|     Plaintiff | ) ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:06CV-226-D ) ) |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D., and SAMUEL E. POPPELL, M.D., | ) ) ) ) |
|     Defendants. | |

## **MOTION TO DISMISS**

Comes now Defendant, **DR. RUSSELL PAGE** and moves this Honorable Court that it dismiss Plaintiff's Complaint as against this Defendant pursuant to Rule 12 *F.R. Civ. P.*, on the grounds as follows:

    1.    For that Plaintiff's Complaint fails to state a claim against this Defendant upon which relief can be granted.

    2.    That Plaintiff's Complaint is so vague and ambiguous that this Defendant cannot reasonably ascertain what claims he is called upon to defend.

    3.    For that Plaintiff's Complaint intertwines each and every claim asserted by the Plaintiff to such an extent that it is not possible for this Defendant to ascertain which claims are asserted against him and which claims are asserted against other Defendants.

    4.    For that Plaintiff's Complaint is brought against this Defendant under the provisions of the *Emergency Medical Treatment and Active Labor Act*, 42 U.S.C.

§§1395dd(a)-(b) ("*EMTALA*"). Plaintiff's Complaint shows upon its face that this Defendant is a private physician. Under *EMTALA*, there is no private cause of action against a physician. *Holcomb v. Monahan*, 807 F.Supp. 1526 (M.D.Ala. 1993), *aff'd* 30 F.3d 116 (11th Cir. 1996).

5. This Court lacks subject matter jurisdiction over Plaintiff's EMTALA claims against this Defendant.

Respectfully submitted,

*s/ Alan Livingston*
ALAN LIVINGSTON, (LIV007)
*Attorney for Defendant,*
*Russell Page, M.D.*
LEE & McINISH, ATTORNEYS
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
alivingston@leeandmcinish.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A RILEY POWELL, IV** and **TABOR NOVAK**.

*/s/ Alan C. Livingston*
OF COUNSEL