IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv226-ID |
| v. | ) |
| | ) |
| FLORALA MEMORIAL HOSPITAL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the motions to dismiss, filed March 22, 2006 and March 24, 2006, by Defendants Blaire Henson and Russell Page (Doc. Nos. 7, 8), it is ORDERED that Plaintiff show cause, if any there be, on or before April 10, 2006, why said motions should not be granted.

Done this 27th day of March, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE