UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ASHTON, | } | |
| PLAINTIFF, | } | |
| VS. | } | CIVIL ACTION NO: 2:06CV-226-D |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D.; and SAMUEL E. POPPELL, M.D. | } } | |
| DEFENDANTS. | } | |

## MOTION FOR LEAVE TO AMEND

Plaintiff moves for leave to file an amendment to his complaint in the above entitled cause, as shown in the attached amendments to complaint.

Respectfully submitted this 5th day of April, 2006.

THE POWELL LAW FIRM, P.C.

By: _____
A. Riley Powell, IV (POW029)
Post Office Drawer 969
Andalusia, Alabama 36420
205/222-4103
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served a copy of the above and foregoing on all counsel of record for the parties by placing a copy of same in the United States mail, postage prepaid and addressed to their regular mailing address, as follows:

    Honorable Tabor R. Novak, Jr.
    BALL, BALL, MATTHEWS & NOVAK, P.A.
    2000 Interstate Park Drive, Ste. 204
    Post Office Box 2148
    Montgomery, AL 36102-2148

    Honorable Alan Livingston
    LEE & McINISH, ATTORNEYS
    P.O. Box 1665
    Dothan, AL 36302

    Samuel E. Poppell, M.D.
    911 MAR WALT DR. #A
    Fort Walton Beach, FL 32547

This the 5th day of April, 2006.

_____
Of Counsel