UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR -6 A 9:38

| | | |
|---|---|---|
| JOHN ASHTON, | } | |
| PLAINTIFF, | } | |
| VS. | } | CIVIL ACTION NO: CV-2006- 2:06CV-226-D |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D.; and SAMUEL E. POPPELL, M.D. | } } | |
| DEFENDANTS. | } | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Comes now the Plaintiff by and through his attorney of record, with leave of court, and amends his complaint as follows:

1. By striking paragraph 1 in its entirety and inserting in lieu thereof the following: This action arises under the Emergency Medical Treatment and Active Labor Act, 42 U.S.C. § 1395dd, and Plaintiff joins his Alabama law claims pursuant to Rule 18, *F. R. Civ. P.*

2. By striking paragraph 20 in its entirety and inserting in lieu thereof the following: Plaintiff brings this action against the Defendant, Florala Memorial Hospital, under Alabama law pursuant to 42 U.S.C. § 1395dd(d)(2)(A) and against the Defendants, Blaire Henson, Russell Page, M.D., and Samuel E. Poppell M.D. under Alabama law joining these claims pursuant to Rule 18, *F.R. Civ. P.* This Court has jurisdiction over the Plaintiff's state law claims against the Defendants, Blaire Henson, Russell Page, M.D., and Samuel E. Poppell M.D., in that it arose out of the same "common nucleus of operative facts" as the Plaintiff's federal law claims. *United Mine Workers v. Gibbs*, 383

Page 1 of 4

U.S. 715 (1966).

3. By striking paragraph 24 in its entirety and inserting in lieu thereof the following: Plaintiff brings this action against the Defendant, Florala Memorial Hospital, under Alabama law pursuant to 42 U.S.C. § 1395dd(d)(2)(A).

4. By striking paragraph 28 in its entirety and inserting in lieu thereof the following: Plaintiff brings this action brings this action against the Defendant, Florala Memorial Hospital, under Alabama law pursuant to 42 U.S.C. § 1395dd(d)(2)(A) and against the Defendants, Blaire Henson, Russell Page, M.D., and Samuel E. Poppell M.D. under Alabama law joining these claims pursuant to Rule 18, *F.R. Civ. P.* This Court has jurisdiction over the Plaintiff's state law claims against the Defendants, Blaire Henson, Russell Page, M.D., and Samuel E. Poppell M.D., in that it arose out of the same "common nucleus of operative facts" as the Plaintiff's federal law claims. *United Mine Workers v. Gibbs*, 383 U.S. 715 (1966).

5. By striking paragraph 32 in its entirety and inserting in lieu thereof the following: Plaintiff brings this action brings this action against the Defendant, Florala Memorial Hospital, under Alabama law pursuant to 42 U.S.C. § 1395dd(d)(2)(A) and against the Defendant, Blaire Henson, under Alabama law joining these claims pursuant to Rule 18, *F.R. Civ. P.* This Court has jurisdiction over the Plaintiff's state law claims against the Defendant, Blaire Henson, in that it arose out of the same "common nucleus of operative facts" as the Plaintiff's federal law claims. *United Mine Workers v. Gibbs*, 383 U.S. 715 (1966).

THE POWELL LAW FIRM, P.C.

By: _____
A. Riley Powell, IV (POW029)
Post Office Drawer 969
Andalusia, Alabama 36420
205/222-4103
Attorney for Plaintiff

*NOTE:   PLAINTIFF DEMANDS TRIAL OF ALL ISSUES BY STRUCK JURY.

_____
Of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the above and foregoing on all counsel of record for the parties by placing a copy of same in the United States mail, postage prepaid and addressed to their regular mailing address, as follows:

Honorable Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Ste. 204
Post Office Box 2148
Montgomery, AL 36102-2148

Honorable Alan Livingston
LEE & McINISH, ATTORNEYS
P.O. Box 1665
Dothan, AL 36302

Samuel E. Poppell, M.D.
911 MAR WALT DR. #A
Fort Walton Beach, FL 32547

This the 5th day of April, 2006.

_____
Of Counsel