UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ASHTON, | } | |
| PLAINTIFF, | } | |
| VS. | } | CIVIL ACTION NO: 2:06CV-226-D |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D.; and SAMUEL E. POPPELL, M.D. | } } } | |
| DEFENDANTS. | } | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT, DR. RUSSELL PAGE'S, MOTION TO DISMISS

Comes now the Plaintiff and requests this Honorable Court to deny the Defendant, Dr. Russell Page's, Motion to Dismiss and as grounds therefor sets forth the following:

1. In Sorrells v. Babcock, the Court allowed a private cause of action against an individual, the emergency room physician, who discharged patient plaintiff from emergency room without stabilization of her symptoms, even though *EMTALA* provides that damage actions may only be brought against hospitals. 733 F. Supp. 1189 (N.D. Ill. 1990).

2. If this Honorable Court finds that it possesses no subject matter jurisdiction over the Defendant, Dr. Page, under *EMTALA* then the Defendant, Dr. Page is still subject to this Court's pendent jurisdiction. Plaintiff amended his Complaint to join his state law claims against the Defendant, Dr. Russell Page, pursuant to Rule 18 of the Federal Rules of Civil Procedure and *United Mine Workers v. Gibbs*, 383 U.S. 715 (1966).

Respectfully submitted this 5th day of April, 2006.

Page 1 of 3

THE POWELL LAW FIRM, P.C.

By: _____
A. Riley Powell, IV (POW029)
Post Office Drawer 969
Andalusia, Alabama 36420
205/222-4103
Attorney for Plaintiff

*NOTE:   PLAINTIFF DEMANDS TRIAL OF ALL ISSUES BY STRUCK JURY.

_____
Of Counsel

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served a copy of the above and foregoing on all counsel of record for the parties by placing a copy of same in the United States mail, postage prepaid and addressed to their regular mailing address, as follows:

    Honorable Tabor R. Novak, Jr.
    BALL, BALL, MATTHEWS & NOVAK, P.A.
    2000 Interstate Park Drive, Ste. 204
    Post Office Box 2148
    Montgomery, AL 36102-2148

    Honorable Alan Livingston
    LEE & McINISH, ATTORNEYS
    P.O. Box 1665
    Dothan, AL 36302

    Samuel E. Poppell, M.D.
    911 MAR WALT DR. #A
    Fort Walton Beach, FL 32547

This the 5th day of April, 2006.

_____
Of Counsel