**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 14, 2006

# NOTICE OF CORRECTION

**From:  Clerk's Office**

**Case Style:  John Ashton vs. Florala Memorial Hospital et al.**
**Case Number:  2:06cv226-ID**

**This Notice of Correction was filed in the referenced case this date to add the PDF (First Amended Complaint) document omitted at the original filing of the motion.**

**The PDF document is attached to this notice for your review. Reference is made to document # 11 filed on April 6, 2006.**