UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| PLAINTIFF, | ) |
| VS. | ) CIVIL ACTION NO. CV2:06cv226-D |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D. ; and SAMUEL E. POPPELL, M.D., | ) |
| DEFENDANTS. | ) |

**JOINDER BY DEFENDANT HENSON IN DR. RUSSELL PAGE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

COMES NOW the defendant, Blaire Henson, by and through his attorney of record, and joins in the Opposition made by Dr. Russell Page to the Plaintiff's Motion for Leave to Amend. Blaire Henson, by and through his attorney, adopts and incorporates herein by reference the arguments and authorities contained in Dr. Page's Opposition in their entirety.

For further grounds, your movant would assert that the plaintiff's "First Amended Complaint" as proposed fails to articulate a cognizable pendant claim against Blaire Henson which meets the pleading requirements of §6-5-551, Code of Alabama, 1975. The Amended Complaint as to Blaire Henson fails to specify with that degree of certainty required by §6-5-551 each claim forwarded by the plaintiff as to Mr. Henson with the factual basis therefore.

BALL, BALL, MATTHEWS & NOVAK, P.A.

/s/Tabor R. Novak, Jr. - NOV001
As Attorneys for the Defendant
Blaire Henson

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following persons registered with the CM/ECF system:

A. Riley Powell, IV, Esq.
P. O. Drawer 969
Andalusia, Alabama 36420
tplfkathena@andycable.com

Alan C. Livingston, Esq.
Lee & McInish
P. O. Box 1665
Dothan, Alabama 36302-1665
alivingston@leeandmcinish.com

/s/ Tabor R. Novak, Jr.