IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 17 P 3: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHN ASHTON, | ) |
| Plaintiff, | ) |
| v. | ) CIV.ACT.NO. 2:06cv-226-ID |
| FLORALA MEMORIAL HOSPITAL, et al. | ) |
| Defendants. | ) |

### NOTICE OF APPERANCE OF COUNSEL

Comes now the undersigned counsel and gives notice unto this Honorable Court of his representation of the defendant Samuel E. Poppell in the above referenced matter.

Respectfully submitted,

_____
Jack B. Hinton, Jr. (HIN 020)

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
(334) 834-9950

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing was served upon the following by placing a copy of same in the Untied States mail, postage prepaid and properly addressed this 17th day May, 2006:

Abner Riley Powell, IV
The Powell Law Firm, P.C.
P.O. Drawer 969
Andalusia, AL 36420

Tabor Robert Novak, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

Alan Carpenter Livingston
Lee & McInish
P.O. Box 1665
Dothan, AL 36302-1665

                                                                                             _____
                                                                                             Jack B. Hinton