DEFENDANT'S
EXHIBIT

A

Blumberg No. 5114

**UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:06-CV-226-D |
| | ) |
| FLORALA MEMORIAL HOSPITAL., | ) |
| BLAIRE HENSON; RUSSELL | ) |
| PAGE, M.D., and SAMUEL | ) |
| E. POPPELL, M.D., et al. | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF SAMUEL E. POPPELL

Before me, the undersigned authority, personally appeared Dr. Samuel E. Poppell, to me known, and first being duly sworn on oath, deposed and said:

My name is Samuel E. Poppell, M.D. I am an Ophthalmologist practicing primarily in Fort Walton Beach, Florida. I am associated with Emerald Coast Eye Institute, P.A. which has offices in Fort Walton Beach, Florida, Destin, Florida and Crestview, Florida. I am Board Certified by the American Board of Ophthalmology and am licensed to practice medicine in Florida. A copy of my CV is attached herewith and accurately sets out my education, training and experience.

I am not licensed to practice medicine in Alabama nor have I ever practiced in Alabama. I have never had any clinical responsibilities in Alabama. All of my professional activities are confined to the State of Florida. I had no role in the selection of the ambulance company or personnel utilized to transport Mr. Ashton from Florala, Alabama to Fort Walton on March 12, 2004. I have had no written or oral contractual arrangement with Florala Memorial Hospital nor do I have privileges there. I have never been to the Florala Memorial Hospital. I did not know Dr. Page before this incident  Also, to

my knowledge, this is the only time I have ever received a referral from Florala's Emergency Department.

As far as the incident in question is concerned, sometime on March 12, 2004, my office received a telephone call from the emergency department at Florala Memorial Hospital in Florala, Alabama. I spoke with Dr. Page who identified Mr. Ashton as a fellow who had suffered trauma to his left eye during a fight. I agreed for Dr. Page to send Mr. Ashton to my clinic in Fort Walton, Florida. Mr. Ashton arrived via ambulance at 5:12 p.m. I thoroughly evaluated Mr. Ashton and determined that I could not properly care for him at my clinic due to the severity of his condition, which demanded immediate surgery. The ambulance personnel wanted to leave Mr. Ashton at my office, which I did not believe, would have been appropriate. I tried to convince the ambulance personnel to arrange a referral to the hospital in Pensacola for surgery. That was unacceptable to the ambulance personnel who stated that they could not legally transport Mr. Ashton from Fort Walton to Pensacola. Alternatively, I tried to arrange for them to take Mr. Ashton to the Fort Walton Beach Emergency Room for admission where I would try to arrange a referral from that facility. Again, the ambulance team stated they could not.

Based on my assessment of the patient, I believed that he needed to go either to UAB or Dothan or some other large facility capable of handling the type of injury and surgery required. Ultimately, I understand that Mr. Ashton was transported to Dothan, Alabama where he underwent emergency surgery by Dr. Peter Zloty.

Based on my education, training, and experience, in my opinion, the decisions my office and I made in regard to the handling of Mr. Ashton's presentation were appropriate under the circumstances and met or exceeded any applicable standard of care. To the extent there is any inference or allegation that my activities breached any applicable standard of care, in my opinion, there was no such breach and no alleged breached contributed to cause any subsequent injury or damage to Mr. Ashton's eye.

I understand that this Affidavit is to be used for any legal
purpose in the above referenced and styled lawsuit.

*Samuel E. Poppell mr*

SAMUEL E. POPPELL, M.D.

STATE OF FLORIDA, OKALOOSA COUNTY
SWORN TO AND SUBSCRIBED BEFORE ME this the 22 day of

May, 2006.



ANNIE RAINES
MY COMMISSION # DD 506426
EXPIRES: January 12, 2010
Bonded Thru Notary Public Underwriters

*Annie Raines*

NOTARY PUBLIC
My Commission Expires 1-12-10

JACK B. HINTON, JR. (HIN020)
Attorney for Defendant

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
FAX: (334) 834-1054

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by
placing a copy of same in the United States mail, postage prepaid and properly addressed
this 23rd day of May, 2006:

A. Riley Powell, IV, Esq.
Post Office Drawer 969
Andalusia, AL 36420

Tabor R. Novak, Jr., Esq.
Ball, Ball, Matthews & Novac, P.A.
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36102-2148

Alan Livingston, Esq.
Lee & McInish, Attorneys
P.O. Box 1665
Dothan, AL  36302

Jack B. Hinton, Jr.

# CURRICULUM VITAE

## Samuel E. Poppell, M.D.

### HOME ADDRESS

4506 Olde Plantation Place
Destin, Florida 32541

### BUSINESS ADDRESSES

Emerald Coast Eye Institute, P.A.
911 A Mar Walt Drive
Fort Walton Beach, Florida 32547
850-862-4001

Emerald Coast Eye Institute, P.A.
7720 U.S. Highway 98 East Suite 380
Destin, Florida 32541
850-267-0426

Emerald Coast Eye Institute, P.A.
550 West Redstone Avenue
Suite 490
Crestview, Florida 32536
850-689-3067

### BIOGRAPHICAL

| | |
|---|---|
| Date of Birth: | January 30, 1948 |
| Place of Birth: | Ocala, Florida |
| Citizenship: | U.S.A. |
| Social Security Number: | 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 |
| Marital Status: | Married, Noreen |

### EDUCATION

**Undergraduate:**

US Air Force Academy, Colorado
B.S. degree, Life Sciences, June 1970

*CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.*

*Education (continued)*

*Graduate Medical Education:*

University of Texas Health Science Center
San Antonio, Texas
M.D. degree, May 1977

*Internship, Rotating:*

Tripler, AMC,
Honolulu, Hawaii
1977-1978

*Residency, Ophthalmology:*

Medical College of Wisconsin
Milwaukee, Wisconsin
1978-1981

*Fellowship, Cornea/External Diseases:*

Bascom Palmer Eye Institute
University of Miami
1981-1982

## APPOINTMENTS AND POSITIONS

*Current Position:*

**Private practice since January 1992**

Emerald Coast Eye Institute, P.A.
911 A Mar Walt Drive
Fort Walton Beach, Florida 32547
850-862-4001

Emerald Coast Eye Institute, P.A.
7720 U.S. Highway 98 East  Suite 380
Destin, Florida 32550
850-267-0426

*CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.*
*Appointments and Positions (continued)*

*Emerald Coast Eye Institute, P.A.*
*550 West Redstone Avenue*
*Suite 490*
*Crestview, Florida 32536*
*850-689-3067*

*Previous Military Assignments:*

*Chief, Ophthalmology Services*
*USAF Medical Center*
*Wright-Patterson AFB, Ohio*
*1982-1991*

*School of Aerospace Medicine*
*Brooks AFB, Texas*
*1970-1973*
*Title: Research Assistant – Physiology*
*Duties: Physiology Research – basic and applied*

*Wilford Hall*
*USAF Medical Center, Texas*
*1972 – 1973*
*Title: General's Aide/Protocol Officer*
*Duties: Office Aide to General Paul Myers*

*ACADEMIC APPOINTMENT*

*Assistant Clinical Professor of Ophthalmology*
*Wright State University Medical School*
*Attending Surgeon (Ohio State University Residents)*

*Consulting Physician and Surgeon*
*Veterans Hospital*
*Dayton, Ohio*
*1983-1991*

# *CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.*

## *CERTIFICTION AND LICENSURE*

*Diplomate American Board of Ophthalmology – Dec 1982*
*Diplomate National Board of Medical Examiners –*
    *Certificate No 192095 – 1982*
*Wisconsin – No 21810 – 1978 (Inactive)*
*Ohio – No 50068 – 1984 (Inactive)*
*Florida – No ME0053982 (1991)*

## HONORS AND AWARDS

*AOA*

## PUBLICATIONS

*Poppell, S.E. and Porier, R.*
*Xerophthalmia in an Infant with Cystic Fibrosis*
*Metabolic Ophthalmology, Vol 2, 1978*

*Poppell, S.E. and Hartel, W.C.*
*A Cadaver Model for Laser Instruction*
*American Journal of Ophthalmology, submitted*

## *SOCIETY AFFILATIONS*

*American Medical Association*
*American Academy of Ophthalmology*
*Bascom Palmer Alumni*
*Dayton Ophthalmological Society*
*Florida Society of Ophthalmology*
*International Society of Refractive Surgery*
*Medical College Of Wisconsin Alumni*
*Society of Air Force Clinical Surgeons*
*U.S. Air Force Academy Alumni*

*CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.*

*PROFESSIONAL ACTIVITIES*

*Courses Attended:*

Lancaster Course in Ophthalmology
Waterville, Maine – 1980

Ocutome/Fragmatome Course
Medical College of Wisconsin – 1981

Kelman Cavitron Phacoemulsification Course
Bascom Palmer Eye Institute – 1982

Basic Oculoplastics Course
University of Illinois – 1983

Radial Keratotomy Course
University of Illinois – 1983

Grant Eye and Ear IOL Course – 1983-1984

Surgical Design Heslin/McKool Ocusystem Course
       (Phacoemulsification, I & A, Vitrectomy)
New York City, New York - 1984

Primary Aerospace Medicine Course
School of Aerospace Medicine
Brooks AFB, Texas – 1985

Advanced Lasers in Ophthalmology Course
University of Oregon
Eugene, Oregon – 1985

Advanced Trauma Life Support Course
Ft. Sam Houston AMC, Texas – 1985

Combat Casualty Care Course
Ft. Sam Houston AMC, Texas – 1985

*CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.*
*Courses attended (continued)*

*Medical Effects of Nuclear Weapons*
*Nuclear Regulatory Agency – 1986*

*Triservice Trauma Course*
*Letterman AMC, California – 1986*

*Neuropathology Review*
*Armed Force Institute*
*Washington, D.C. – February 1987*

*Hyperbaric Medicine Training*
*USAF School of Aerospace Medicine*
*Brooks, AFB, Texas – April 1987*

*ACLS*
*Wright Patterson AFB, Ohio – September 1987*

*Advanced Orbital Surgery*
*Allegheny General Hospital*
*Pittsburgh, Pennsylvania – October 1987*

*Photorefractive Keratoplasty (PRK) and Radial Keratotomy (RK)*
*J. Charles Casebeer, M.D. System*
*Rush Medical Center*
*Chicago, Illinois – 1993*

*Radial Keratotomy (RK)*
*Lee Nordan, M.D.*
*University of Alabama School of Medicine*
*University of Alabama at Birmingham – 1993*

*Contact Lenses*
*Tulane University Medical Center*
*New Orleans, Louisiana – 1994*

*Skin Resurfacing with the UltraPulse Co2 Laser*
*Facial Cosmetic Surgery*
*Atlanta, Georgia – 1995*

*Workers' Compensation Training Course*
*Workers' Compensation Certification – December 1995*

*CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.*
*Courses attended (continued)*

*International Society of Refractive Surgery*
*Refractive Lamellar Keratoplasty (ALK/MKM) LASIK Workshop*
*Atlanta, Georgia – 1997*

*Photorefractive Keratotomy (PRK)*
*Beacon Eye Institute Laser Centers*
*Toronto, Ontario, Canada – November 1995*

*VISX Certification Course – Excimer Laser*
*Zale Lipsky University Hospital*
*Dallas, Texas – 1996*

*ALK/LASIK Certifications Courses*
*Laser Vison Center*
*Minneapolis, Minnesota – 1996*

*VISX Didactic and VISX Wet Lab*
*Zale Lipsky University Hospital*
*Dallas, Texas – November 1996*

*Domestic Violence/Aids Update – 1996, 1997, 1998*

*Current Concepts in Ophthalmology-Vail*
*Advanced Pacoemulsification and Vitrectomy Wet Lab*
*Fluroscein Angiography Workshop*
*Corneal Topography*
*Johns Hopkins Medical Institutions*
*Baltimore, Maryland – March 1997*

*Reshaping Future, Refractive Surgery*
*American Academy of Ophthalmology – 1997*

*Mastering Business Administration*
*American Academy of Ophthalmology - 1998*

*Diabetic Retinopathy*
*Florida Medical Association and Emerald Coast Health Alliance – Nov 1999*

*CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.*
*Courses attended (continued)*

*Alpha MedSource Seminar*
*Florida Medical Association and Alpha Data Systems – January 2000*

*The Legal and Regulatory Issues in Prescribing Opioids*
*Florida Medical Association and Emerald Coast Health Alliance– May 2000*

## MEETINGS

*Alabama Academy of Ophthalmology Annual Scientific Meeting*
*1992, 1993, 1994, 1996*

*American Academy of Ophthalmology Meetings*
*1978, 1980, 1982, 1984, 1986, 1988, 1989, 1990, 1991, 1993, 1994, 1997,*
*1998, 2000, 2001, 2002*

*The International Society of Refractive Surgery*
*Fall Refractive Surgery Symposium*
*1997, 1999, 2000, 2001, 2002*

*Society of Air Force Clinical Surgeons*
*1981, 1982, 1983, 1984, 1986, 1987, 1988*

*Society of Oculoplastic Surgeons Annual Meeting*
*1984, 1986, 1988*

*University of Colorado School of Medicine*
*Current Concepts in Corneal and External Disease*
*1990, 1991, 1992, 1993, 1994, 1996, 1997*

## COURSE DIRECTOR

*Basic and Advanced Laser Surgical Techniques in Ophthalmology*
*Wright State University School of Medicine*
*Dayton, Ohio - 1986*

# CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.

## PRESENTATIONS

Poppell, S.E. and Auberg, T
Benign Retinal Pigment Hypertrophy
Presented by Resident's Day
Medical College of Wisconsin – 1979

Poppell, S.E. and Hyndiuk, Robert
Pseudomonas Keratitis
Presented at Residents's Day
Medical College of Wisconsin – 1980

Poppell, S.E. and Forster, R.K.
Herpes Simplex Keratitis and Alpha Cobra Toxin in a Rabbit Model
Presented at Resident's Day
Medical College of Wisconsin – 1982

Poppell, S.E.
Endophthalmitis Update
Presented at Annual Meeting, Society of Air Force Clinical Surgeons
San Antonio, Texas - 1983

Poppell, S.E.
Blunt Anterior Segment Trauma
Presented at Triservice Trauma Meeting
Presidio – Letterman AMC, California – 1986

Poppell, S.E.
Posterior Chamber Intraocular Lens Implant and Anterior Vitrectomy
Presented at Society of Air Force Clinical Surgeons Meeting
Dayton, Ohio – 1986

Poppell, S.E.
Hyperbaric Oxygen and the Treatment of Central Retinal Vein Occlusion –
    Case Report
Presented at Society of Air Force Clinical Surgeon's Meeting
San Francisco, California – 1987

**CURRICULUM VITAE FOR SAMUEL E. POPPELL, M.D.**
    ***Presentations (continued)***

> *Poppell, S.E.*
> *YAG Laser Treatment of a Traumatic Iris Cyst – Case Report*
> *Presented at Society of Air Force Clinical Surgeon's Meeting*
> *San Francisco, California – 1988*
>
> *Poppell, S.E.*
> *Hyperbaric Oxygen in the Treatment of Retinal Vascular Disorders*
> *Presented at Bascom Palmer Eye Institute*
> *Miami, Florida – August 1993*
>
> *Poppell, S.E.*
> *Laser Refractive Surgery Education Program*
> *Presented at Emerald Coast Surgery for local Optometrists and their staff*
> *Fort Walton Beach, Florida – April 1997*
>
> *Poppell, S.E.*
> *Updates on New Technology in Cataract and Refractive Surgery*
> *Presented for local Optometrists*
> *Fort Walton Beach, Florida – May 2000*

**TRAINING**

> *Basic CPR Certified – 1987*
> *Advanced Cardiac Life Support – 1987*
> *Advanced Trauma Life Support - 1985*

# EMERALD COAST EYE INSTITUTE, PA.

## Samuel E. Poppell, M.D.



**Website: www.emeraldeye.com**

911-A Mar Walt Drive
Fort Walton Beach, Florida
**(850) 862-4001**

7720 U.S. Hwy. 98 W., Suite 380
Destin, Florida 32550
**(850) 267-0426**

550 W Redstone Avenue
Suite 490
Crestview, FL 32536
**(850) 689-3067**

## EMERALD COAST EYE INSTITUTE LOCATIONS

### Fort Walton Beach, Florida



### Crestview, Florida



### Destin, Florida

- 7 miles East of Mid-Bay Bridge



Welcome to the Emerald Coast Eye Institute. Dr. Poppell and his staff are proud to offer you the very best in total eye care. Our specialties include:

- Sutureless Cataract Surgery
- Corneal Transplants
- Refractive Surgery (RK, PRK, LASIK)
- Laser Surgery
- Plastic Eyelid Surgery
- Reconstructive Surgery
- Children's Eye Diseases
- Glaucoma Treatments
- Diabetic Eye Care
- Iritis/Uveitis
- Medical / Retinal Diseases

## MEET DR. POPPELL

Dr. Poppell is a board certified Ophthalmologist and the Medical Director and founder of the Emerald Coast Eye Institute—one of the most rapidly growing and progressive eye care facilities in the South. Dr. Poppell's unique background brings experience in many different areas of eye surgery including cataract with intraocular lens implant, corneal transplant, refractive surgery (RK, PRK, LASIK), glaucoma, oculoplastic surgery (plastic surgery of the eyelids), pediatric and laser surgery. Upon receiving his BS degree from the United States Air Force Academy, Dr. Poppell completed his medical degree at the University of Texas Health Science Center in San Antonio, Texas graduating with honors. After medical school, Dr. Poppell completed his eye surgery residency at the Medical College of Wisconsin (Marquette University), Milwaukee, Wisconsin. His fellowship or advanced studies were in corneal transplant surgery and external diseases at the Bascom Palmer Eye Institute, University of Miami. Since these programs of study were conducted under a full scholarship from the United States Air Force, Dr. Poppell was assigned Chief of Ophthalmology, Wright Patterson USAF Medical Center, Ohio from 1982 - 1991. During this time Dr. Poppell continued to publish, travel extensively, and advance his skills in microsurgical techniques, mastering the art of sutureless cataract surgery. As an assistant Clinical Professor of Ophthalmology at Wright State University Medical School and attending surgeon at the Veterans Hospital, he instructed medical students and taught ophthalmology residents in the latest advances in eye surgery.

## FEES AND INSURANCE

Our office accepts assignment on Medicare, CHAMPUS Standard, Blue Cross/Blue Shield of Florida and Alabama, and most major insurances. This means that you may incur only the cost of your annual deductible and copayment. We submit all primary and supplemental insurance claims for you.

## HOURS AND LOCATION

We are conveniently located in Fort Walton Beach, Florida at 911-A Mar Walt Drive in the vicinity of the Fort Walton Beach Medical Center complex, in Destin, Florida at 7720 U.S. Hwy. 98 W., Suite 380, and in Crestview, Florida at 550 W. Redstone Avenue, Suite 490. (See map on back). Our office hours are 8:00 AM - 5:00 PM, Monday through Friday. If you have an emergency after office hours, you should go to your hospital emergency room.

## TOTAL QUALITY EYE CARE

The Emerald Coast Eye Institute provides you with access to some of the most advanced eye care available. We consider it a privilege to serve you and be a part of your life. We want to establish a relationship that will grow over a lifetime that will include your family and circle of friends.

## A MESSAGE FROM OUR DOCTORS

Samuel E. Poppell, M.D.
Phil C. Alabata, D.O.
Karen S. Stein, M.D.
Dan Houghton, O.D.

The Emerald Coast Eye Institute is a unique center for the preservation and restoration of your most precious sense—your eye sight. We are committed to keeping abreast of the latest developments and microsurgical techniques.

The Emerald Coast Eye Institute was established to bring the most modern eye care to all of the people in the region under one highly specialized and technologically advanced facility. Our professional staff extends love and care with a gracious attitude that speeds up the healing process.

Our total focus is on providing the best eye care, while being available, responsive and sensitive to the needs of our patients.

## PATIENT EDUCATION

At the Emerald Coast Eye Institute, we are committed to restoring and preserving your vision. We feel that the more educated and informed you are, the more you will want to be a part of this process. Dr. Poppell, Dr. Alabata and Dr. Stein speak at medical meetings, as well as civic organizations. We provide free public eye screenings, patient brochures, and make sure that all of your questions are answered completely before you leave our office.