IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv226-ID |
| v. | ) |
| | ) |
| FLORALA MEMORIAL HOSPITAL, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon CONSIDERATION of the motion to dismiss filed by Defendant Samuel E. Poppell, M.D., on May 23, 2006 (Doc. No. 19), it is ORDERED that Plaintiff show cause, if any there be, on or before June 8, 2006, why said motion should not be granted.

DONE this 25th day of May, 2006.

                                           /s/ Ira DeMent
                                         SENIOR UNITED STATES DISTRICT JUDGE