IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv226-ID |
| v. | ) |
| | ) |
| FLORALA MEMORIAL HOSP., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion for leave to amend complaint, filed April 6, 2006 (Doc. No. 11), it is ORDERED that said motion be and the same is hereby DENIED without prejudice because the proposed First Amended Complaint does not comply with the Middle District of Alabama's Local Rule 15.1. See M.D. Ala. LR 15.1 ("Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."). Should Plaintiff decide to re-file his motion for leave to amend complaint, Plaintiff is DIRECTED to respond to the statute of limitations arguments raised in Defendant Dr. Russell Pages's opposition to Plaintiff's motion for leave to amend (Doc. No. 15) and to submit a proposed First Amended Complaint which complies with Rule 8(a)(2) of the Federal Rules of Civil Procedure.

    Done this 25th day of May, 2006.

                                           /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE