UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| PLAINTIFF, | ) |
| VS. | ) CIVIL ACTION NO. CV2:06-226-D |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D.; and SAMUEL E. POPPELL, M.D., | ) |
| DEFENDANTS | ) |

**OPPOSITION BY DEFENDANTS BLAIRE HENSON
AND FLORALA MEMORIAL HOSPITAL
TO PLAINTIFF'S MOTION TO AMEND**

COME NOW the Defendants, Blaire Henson, and the defendant herein called Florala Memorial Hospital, and file and make their opposition to the Plaintiff's Motion to Amend the Complaint. The defendant Henson renews his pending Motion to Dismiss. For grounds, they would show unto the Court as follows:

**A. OPPOSITION BY HENSON**

1.     As set out in the original Complaint filed by the Plaintiff on March 10, 2006, Blaire Henson, is the administrator of the hospital identified in the complaint as Florala Memorial Hospital. (See Paragraph 5 of the original Complaint herein).

2.     According to the complaint, the Plaintiff sought care in the emergency room at Florala Memorial Hospital on March 12, 2004. (Paragraph 7, original Complaint).

3.     The original Complaint sought relief solely pursuant to the terms and provisions of the Emergency Medical Treatment and Active Labor Act (EMTALA) as codified in 42 U.S.C. §1395dd.  (See Paragraph 1 of the original Complaint).

4.     The Defendant Henson is not a "healthcare provider" within the definition of §6-5-542, *Code of Alabama* 1975.  There is no claim or contention that the Defendant Henson provided medical care or services to the Plaintiff.

5.     On the 22nd day of March, 2006, the Defendant Henson filed his Motion to Dismiss asserting that the claims of the Plaintiff, arising under EMTALA, had no application to him for the reasons and grounds set out in that Motion.

6.     In opposition to the Plaintiff's earlier efforts to amend the complaint to add claims in addition to the EMTALA claim, on April 25, 2006 Henson filed his Joinder in Dr. Russell Page's Opposition to the Plaintiff's Motion for Leave to Amend.

6.     An EMTALA action is a separate and distinct action from any "state law claim" that the Plaintiff may seek to assert against the Defendants Henson and Florala Memorial.  There is a complete dichotomy between EMTALA claims and "state law claims" or claims arising under the Alabama Medical Liability Act.  *Moore v. Baker*, 989 F.2d 1129, 1131 (11th Cir. 1993).  As such, the relation back provisions under Rule 15(c) of the *Federal Rules of Civil Procedure* do not permit a relation back of the "state law" claims now purportedly asserted against Mr. Henson and Florala Memorial in the proposed Amended Complaint.

7.     The EMTALA claims asserted in the original Complaint arose out of events alleged to have occurred on March 12, 2004.  (See original Complaint).

8.      The claims in the amended complaint, other than EMTALA claims, do not relate back. Thus they are barred by the applicable statutes of limitations in that they are made more than two years after the incident complained of.

9.      Your Movant otherwise adopts and incorporates herein by reference the arguments and authorities contained in Dr. Russell Page's Opposition to the Plaintiff's Motion for Leave to Amend (Doc. 15 in this Court's file) and asserts those arguments and authorities as if herein set out in full.

### B. OPPOSITION BY FLORALA MEMORIAL

10.     To the extent that the Amended Complaint seeks to pursue claims other than EMTALA claims as to the Defendant Florala Memorial Hospital, the same are due to be stricken and dismissed based upon the arguments and authorities set out above.

Wherefore Henson asserts that the Motion to Amend is due to be denied and this cause is due to be dismissed as to him. Florala Memorial asserts that the Motion to Amend is due to be denied, and that this cause proceed as to it solely upon the EMTALA claim.

Respectfully submitted this the 9th day of June 2006.

BALL, BALL, MATTHEWS & NOVAK, P.A.

s/Tabor R. Novak, Jr. - NOV001
As Attorneys for the Defendants
Blaire Henson and Florala Memorial

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone:  334/387-7680
Telecopier:  334/387-3222

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 9th day of June 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

A. Riley Powell, IV, Esq.
P. O. Drawer 969
Andalusia, Alabama 36420

                                      /s/ Tabor R. Novak, Jr.