UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 2:06-cv-226-D |
| | ) |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D.; and SAMUEL E. POPPELL, M.D., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COME now William W. Nichols, *Lee & McInish, P.C.* and enters his appearance as additional counsel for the Defendant in the above-styled case.

/s/ William W. Nichols
WILLIAM W. NICHOLS, (NIC027)
*Attorney for Defendant*
LEE & McINISH, P.C.
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
wnichols@leeandmcinish.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Riley Powell, IV, Esq. and Tabor Novak, Esq.

Dated this 12th day of June, 2006.

*/s/ William W. Nichols*_____