UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06CV-226-D |
| | ) |
| FLORALA MEMORIAL | ) |
| HOSPITAL; BLAIRE HENSON; | ) |
| RUSSELL PAGE, M.D., and | ) |
| SAMUEL E. POPPELL, M.D., | ) |
| | |
| Defendants. | |

## REPORT OF RULE 26 (F) PARTIES PLANNING MEETING

1.　Pursuant to *Fed. R.CivP.* 26(f), a meeting was held by telephone conference between A. Riley Powell, IV, counsel for Plaintiff, Alan C. Livingston, counsel for Russell Page, M.D., and Tabor R. Novak, Jr., counsel for Blaire Henson and Florala Memorial Hospital. Pursuant to discussions and agreement reached by all parties in said conference, the parties submit this, their Proposed Discovery Plan.

2.　**Pre-Discovery Disclosures**. The parties will disclose Rule 26(a)(1) information by November 20, 2006.

3.　**Discovery Plan**. The parties jointly propose to the court the following discovery plan:

　　A.　Discovery will be needed on the following subjects: Plaintiff's claims and Defendant's defenses.

B.	All discovery shall be commenced in time to be completed by July 30, 2007.  A maximum of fifty (50) interrogatories by each party to the other party. Responses are due thirty (30) days after service.

C.	A maximum of forty (40) requests for admissions by each party to the other party.  Responses are due thirty (30) days after service.

D.	A maximum of thirty-five (35) requests for production of documents by each party to any other party.  Responses are due thirty (30) days after service.

E.	A maximum of fifteen (15) depositions by Plaintiff and fifteen (15) depositions by each Defendant, including experts.

F.	Plaintiff shall provide reports from each expert retained by Plaintiff pursuant to Rule 26(a)(2) not later than January 10, 2007.  Plaintiff shall tender each such expert witness for deposition not later than March 30, 2007.

G.	Defendants shall provide expert reports from each retained expert pursuant to Rule 26(a)(2) not later than April 30, 2007.  Defendants shall tender their expert witnesses for deposition not later than June 19, 2007.

H.	Supplementations under Rule 26(e) due thirty (30) days after receipt of information.

B.	**Other Items**.

A.	The parties do not request a conference with the court before entry of the scheduling order.

B.	The parties request a pretrial conference during the month of July, 2007.

      C.    Plaintiff should be allowed until January 10, 2007 to join additional parties and until December 31, 2006 to amend the pleadings.

      D.    Defendants should be allowed until February 12, 2007 to add additional parties and until March 30, 2007 to amend the pleadings.

      E.    All potential dispositive motions should be filed no later than ninety (90) days prior to the pretrial date.

      F.    Settlement cannot be evaluated prior to the close of discovery.

      G.    Final lists of witnesses and exhibits pursuant to Rule 26(a)(3) should be due not later than August 1, 2007.

      H.    The parties shall have fifteen (15) days after service of final lists of witnesses and exhibits to list objections.

      I.    This case should be ready for trial by September 15, 2007 and at this time is expected to take approximately five (5) days.

      Dated: October 13, 2006.

All parties are in agreement on this Proposed Discovery Order.

*/s/ Alan C. Livingston*
Alan C. Livingston, (LIV007)
*Attorney for Defendant, Russell Page, M.D.*
LEE & McINISH
P. O. Box 1665
Dothan, Alabama 36302
(334) 792-4156
(334) 794-8342 *(fax)*
E-mail: alivingston@leeandmcinish.com

- 4 -

/s/ William W. Nichols
William W. Nichols, (NIC027)
*Attorney for Defendant, Russell Page, M.D.*
P. O. Box 1665
Dothan, Alabama  36302
(334) 792-4156
(334) 794-8342 *(fax)*
E-mail:  wnichols@leeandmcinish.com

/s/ Tabor Novak
*Attorney for Defendants, Blaire Henson
and Florala Memorial Hospital*
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 *(fax)*

/s/ A. Riley Powell, IV
P. O. Drawer 969
Andalusia, Alabama  36420
*Attorney for Plaintiff*
(334) 222-4103
(334) 222-4105