AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_

John Ashton

V.

Florala Memorial Hospital, Emerald Coast Eye Institute, P.A., Blaire Nexson and Russell Page, M.D.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-226-D

TO: (Name and address of defendant)

Emerald Coast Eye Institute, P.A.
911A Mar Walt Drive
Fort Walton Beach, Florida 32547

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A. Riley Powell, IV
The Powell Law Firm, P.C.
P.O. Drawer 969
Andalusia, Alabama 36420

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                        10/27/06
CLERK                                                      DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                                                    Signature of Server

_____
Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.