**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

November 3, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:  Ashton v. Florala Memorian Hospital et al

Case No.:   2:06cv226-ID
Document 35 Answer to Amended Complaint

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for this document. The originally e-filed document was not dated.