| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Malissa Payne ECEI   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M. Payne                        10-31-06 |
| 1. Article Addressed to:<br><br>Emerald Coast Eye Institute, P.A.<br>911 A Mar Walt Drive<br>Fort Walton Beach, Florida<br>32547 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV226<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 0390 0005 1897 0707 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540