UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ASHTON, | } | |
| PLAINTIFF, | } | |
| VS. | } | CIVIL ACTION NO: 2:06-CV-226-D |
| FLORALA MEMORIAL HOSPITAL; EMERALD COAST EYE INSTITUTE P.A.; BLAIRE HENSON; and RUSSELL PAGE, M.D. | } | |
| DEFENDANTS. | } | |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURES TO DEFENDANTS**

**26(a)(1)(A) -** <u>Jason Smith</u>; phone number - 334/222-1793; ambulance driver transporting Mr. Ashton

<u>Dr. Peter Zloty</u>, Southeast Eye Clinic, 102 Doctor's Drive, Dothan, AL 36301; emergency room Doctor at Flower's Hospital in Dothan, AL, that performed emergency surgery on Mr. Ashton's eye

<u>John Ashton</u>; phone number - 334/858-3425

**26(a)(1)(B) -** John Ashton's medical records and bills pertaining to his injured eye. The Plaintiff has these records and can be made available to the Defendants for copying at a mutually convenient time at the Powell Law Firm, 201 East Troy St., Andalusia, AL 36420. These records may also be obtained from Florala Memorial Hospital, Emerald Coast Eye Institute, Flower's Hospital in Dothan, AL, and Eye Center

South, 2800 Ross Clark Circle, Dothan, AL 36301.

**26(a)(1)(C) -** Damages

### Incurred Medical Expenses

| | |
|---|---|
| Florala Memorial Hospital | $222.00 |
| Eye Partners P.C. | $3,068.00 |
| Anesthesia Consultants Med. Group | $757.25 |

The Plaintiff has these records and can be made available to the Defendants for copying at a mutually convenient time at the Powell Law Firm, 201 East Troy St., Andalusia, AL 36420.

### Future Medical Expenses - yet to be determined

| | |
|---|---|
| **Physical Pain and Suffering** - | $250,000.00 |
| **Impairment to Earning Capacity** - | $100,000.00 |
| **Mental Distress and Suffering** - | $250,000.00 |
| **Permanent Loss of Sight in Eye** - | $250,000.00 |

**26(a)(1)(D) -** The Plaintiff's medical records can be made available to the Defendants for copying at a mutually convenient time at the Powell Law Firm, 201 East Troy St., Andalusia, AL 36420.

THE POWELL LAW FIRM, P.C.

By: /s/ Riley Powell
A. Riley Powell, IV (POW029)
Post Office Drawer 969
Andalusia, Alabama 36420
334/ 222-4103
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tabor R. Novak, Jr., Alan Livingston, and Jack B. Hinton, Jr.


This the 17th day of November, 2006.

                                            /s/ Riley Powell
                                            OF COUNSEL