DEFENDANT'S
EXHIBIT
A
Blumberg No. 5114

ARTICLES OF INCORPORATION

OF

EMERALD COAST EYE INSTITUTE, P.A.
A For-Profit Professional Association

The undersigned, Samuel E. Poppell, M.D., 911A Mar-Walt Drive, Fort Walton Beach, Okaloosa County, Florida, being at least eighteen years of age, does hereby form a Professional Association under Chapter 621 of the general laws of the State of Florida.

ARTICLE ONE

NAME

The name of the corporation is Emerald Coast Eye Institute, P.A.

ARTICLE TWO

PURPOSES

The purposes for which the corporation is formed are as follows:

(1) To engage in the general practice of medicine.

(2) To invest its funds in real estate, mortgages, stocks, bonds, or any other type of investment and to own real or personal property necessary for the rendering of the professional services specified above.

(3) To do such acts and carry on such business as may be permitted by Chapter 621, Florida Statutes, subject to the limitations thereof.

ARTICLE THREE

PRINCIPAL OFFICE AND RESIDENT AGENT

The post office address of the principal office of the corporation in the State of Florida is 911-A Mar Walt Drive, City of Fort Walton Beach, County of Okaloosa, 32547, and the name and post office address of the resident agent of the corporation in the State of Florida is Arthur H. Lester, M.D., J.D., 813 Wagon Wheel Road, City of Fort Walton Beach, County of Okaloosa, 32547. The resident agent is a citizen of the State of Florida and actually resides therein.

ARTICLE FOUR

MANAGEMENT OF CORPORATION

Directors of the Corporation shall be elected and serve such
terms as are described in the Bylaws of this corporation. The
number of initial directors of the corporation shall be one (1),
which number may be increased or decreased pursuant to the bylaws
of the corporation, but shall never be less than one(1) (number).
The names and addresses of the persons appointed to act as
directors until the first annual meeting or until their
successors are duly chosen and qualified is:

> Samuel E. Poppell, M.D.
> 911-A Mar Walt Drive
> Fort Walton Beach, Florida 32547

The Directors shall have all duties, rights, powers, immunities
and privileges generally exercised as corporate officers, as
specified in the general statutes of the State of Florida and as
set out in the Bylaws of this corporation. Unless otherwise
required by law, no Director of this corporation shall have
personal liability for any act or omission taken in good faith
while exercising any such duties, rights, powers, immunities and
privileges.

ARTICLE FIVE

CAPITAL STOCK

The number of shares of stock which the corporation is authorized
to have outstanding is twenty(20), which shall be divided into
twenty(20) shares of Common stock, at a par value of Five Dollars
($5.00) each. Each share shall be entitled to one (1) vote in
matters described in the corporate Bylaws. No stock in this
corporation may be sold gifted or otherwise transferred to a
person not licensed to practice medicine in the State of Florida
who is not a shareholder in this corporation. Each such stock
ownership change shall occur only upon approval by the Board of
Directors.

ARTICLE SIX

INITIAL CAPITAL

The amount of stated capital with which the corporation shall
begin business is One Thousand Dollars ($1,000.00).

ARTICLE SEVEN

INCORPORATORS

The original incorporators of this corporation are:

       Samuel E. Poppell, M.D.
       911-A Mar Walt Drive
       Fort Walton Beach, Florida 32547; and

       Arthur H. Lester, M.D., J.D.
       813 Wagon Wheel Road
       Fort Walton Beach, Florida 32547

## ARTICLE EIGHT

### DURATION

This corporation shall commence existence at 12:01 AM on the first day of January, 1996 and exist therefrom in perpetuity unless terminated according to a method set out in the Bylaws or by law.

_____
Samuel E. Poppell, M.D.
Incorporator

_____
Arthur H. Lester, M.D. J.D.
Incorporator

STATE OF FLORIDA
COUNTY OF OKALOOSA

Before me appeared Samuel E. Poppell, M.D. and Arthur H. Lester, M.D., ca being well known to me, and in my presence executed the above Articles o Incorporation as Incorporators for Emerald Coast Eye Institute, P.A.

SWORN AND SUBSCRIBED TO before me this 30th day of November, 1995.

_____
NOTARY PUBLIC
State of Florida at Large
Kathleen A. Leeper

MY Commission Expires:

7/18/99

This document prepared by:
Arthur H. Lester, M.D., J.D.
813 Wagon Wheel Road
Fort Walton Beach, Florida 32547
(904) 862-5666
c:\wp\clients\poppell\b

KATHLEEN A. LEEPER
MY COMMISSION # CC 472394
EXPIRES: July 18, 1999.
Bonded Thru Notary Public Underwriters