
DEFENDANT'S
EXHIBIT
B

BYLAWS
OF
EMERALD COAST EYE INSTITUTE, P.A.

ARTICLE ONE

PRINCIPAL OFFICE

The principal executive office of the corporation shall be located at 911A Mar Wart Drive, Fort Walton Beach, Florida 32547. The corporation may have such other offices as the business of the corporation may require from time to time.

ARTICLE TWO

SHARES AND SHAREHOLDERS

Section One. Eligible shareholders. Shares of the corporation shall be issued only to persons duly licensed by law to practice the profession or medicine and surgery in the State of Florida.

Section Two. Certificates. The shares of the corporation shall be represented by certificates signed by the President. Each certificate shall be issued in numerical order from the share certificate book, and a full record of each certificate as issued shall be entered on the stub thereof. Each certificate shall contain an appropriate legend setting forth the restrictions on sale and transfer provided for in Sections Three and Four of this Article.

Section Three. Transfer. Transfers of shares of the corporation shall be made only on the books of the corporation by the shareholder of record thereof or by his duly authorized attorney in fact. The corporation and/or its shareholders are authorized to enter into a separate buy-sell agreement for the purchase of outstanding shares of the corporation. Any such agreement shall be deemed a part of these bylaws, and shall be attached hereto and incorporated herein. Any transfer of shares shall be subject to the terms of the separate buy-sell agreement.

Section Four. Deceased or disqualified shareholders. Shares of a deceased shareholder or of a shareholder who shall be disqualified from holding shares in this corporation under the provisions of Chapter 621, Florida Statutes shall be either

redeemed by the corporation or purchased by the remaining shareholders of the corporation. The price and terms on which the shares of such deceased or disqualified shareholder shall be redeemed or purchased shall be the subject of a separate agreement, executed pursuant hereto, which shall be deemed a part of these bylaws and attached hereto and incorporated herein.

ARTICLE THREE

SHAREHOLDERS' MEETINGS

Section One. Annual Meetings. Meetings of shareholders shall be held annually on or about the first Monday in the month of December at six o'clock in the evening (6:00 P.M.). unless such day should fall on a legal holiday. In such event, the meeting shall be held at the same hour and place on the next succeeding business day that is not a legal holiday.

Section Two. Special Meetings. Special meetings of the shareholders may be called by the president or the board of directors, or on written request of the holders of seventy-five percent (75%) of the outstanding shares entitled to vote at such special meeting.

Section Three. Notice of Meeting. Notice of any regular or special meeting of the shareholders shall specify the place, date, and hour of the meeting, and the objects thereof. Written notice of the meeting shall be given each shareholder of record and shall be personally delivered to the shareholder at his address as it appears on the record of shareholders of the corporation not less than ten [10] days nor more than sixty [60] days before any such meeting.

Section Four. Quorum. The presence of the holders of a majority of the shares at a meeting shall be necessary to constitute a quorum of the shareholders for all purposes at such meeting unless the presence of a larger number shall be required by law. If, however, such quorum is not present or represented at any meeting of the shareholders, the holders of a majority of the voting shares represented at the meeting shall have power to adjourn the meeting from time to time. At such adjourned meeting, any business may be transacted that might have been transacted at the meeting as originally called.

Section Five. Voting. Every shareholder shall be entitled to one vote for each share standing in his name on the record of the shareholders. All corporate action, except actions regulated by

statute, shall be determined by a majority vote of the shareholders present in person or by proxy. No shareholder shall enter into a voting trust agreement or any other type of agreement vesting another person (other than another licensed person who is a shareholder of this corporation) with the authority to exercise the voting power of any of his stock.

Section Six. Informal Action by Shareholders. Any action required or permitted to be taken at a meeting of shareholders may be taken without a meeting if a written consent thereto, setting forth the action taken, is signed by all of the shareholders entitled to vote with respect to such action.

ARTICLE FOUR

BOARD OF DIRECTORS

Section One. Number and Qualifications. The board of directors of the corporation shall consist of no less than one (1) persons, each of whom shall be duly licensed or otherwise legally qualified in the State of Florida to render the professional service for which the corporation is organized. In the event a director becomes disqualified to render such service in the State of Florida, he shall immediately cease to be a director on the effective date of such disqualification, and his office as director shall become vacant.

Section Two. Manner of Election; Term of Office. Directors shall be elected at the annual meeting of shareholders. The term of office of each director shall be until the next annual meeting of shareholders and the election of his successor in office.

Section Three. Vacancies. Any vacancy occurring in the board of directors by death, resignation, disqualification, or otherwise shall be filled by majority vote of the remaining directors at a special meeting which shall be called for that purpose within sixty (60) days after the vacancy occurs. The successor thus chosen shall hold office until the next succeeding annual meeting of shareholders and until a qualified successor has been elected.

Section Four. Powers and Duties. The board of directors shall have control and management of the affairs and business of the corporation. Subject to the limitations of the articles of incorporation, these bylaws, and the provisions of Chapter 621, Florida Statutes concerning corporate action that must be authorized or approved by the shareholders of the corporation, all corporate powers shall be exercised by or under the authority

of the board of directors.

Section Five. Meetings. Without notice or call, the board of directors shall hold an organizational meeting immediately following each annual meeting of shareholders. The board of directors may by resolution provide for the holding of additional regular meetings without notice other than such resolution. Special meetings of the board may be called by the president, vice president, or any number of directors constituting a majority of the Board.

Section Six. Notice. No notice of regular meetings need be given. Notice of special meetings shall be given by the secretary by at least one of the following methods:

(a) Actual notice in person or by telephone to each director at least two (2) business days in advance of the date set for the meeting; or

(b) Notice by mail or telegraph sent to each director at least two (2) business days prior to the date set for the meeting. Written or telegraphic notices shall be sufficient if sent, charges prepaid, to each respective director at his last address known to the secretary as shown by the records of the corporation. Notice of any particular meeting may be given to some directors in one manner and to the remaining directors in a different manner.

Attendance of a director at a meeting shall constitute a waiver of notice of such meeting, except when a director attends the meeting for the express purpose of objecting to the transaction of any business on the ground that the meeting is not lawfully called or convened.

Section Seven. Quorum. A majority plus one (1) of the authorized number of directors shall constitute a quorum of the board of directors for the transaction of business. All action taken by the board shall be approved by a vote of the majority of the directors present at a meeting at which a quorum is present.

Section Eight. Informal Action by Directors. Any action required or permitted to be taken at a meeting of the board of directors may be taken without a meeting if a written consent, setting forth the action taken, is signed by all the directors entitled to vote with respect to the subject matter thereof.

4

ARTICLE FIVE

OFFICERS

Section One. Officers; Qualifications. The officers of the corporation shall be a president, vice president, secretary, treasurer, and such other officers as the board of directors may determine. One person may hold two or more offices. All officers must be duly licensed or otherwise legally qualified in the State of Florida to render the professional service for which the corporation is organized.

Section Two. Election and Term of Office. All officers of the corporation shall be elected annually by the board of directors at its organizational meeting held immediately following the annual meeting of shareholders. Each officer shall hold office until he resigns, is removed from office, or is otherwise disqualified to serve, or his successor is elected and qualified.

Section Three. Removal. Any officer may be removed during his term by vote of a no less than seventy five percent (75%) of the board of directors whenever, in the board's judgment, his removal would serve the best interest of the corporation. Any officer who becomes disqualified to practice the profession or perform the services  of a physician in the State of Florida shall immediately, on the effective date of his disqualification, cease to be an officer.

Section Four. Vacancies. Vacancies in offices shall be filled by election of the board of directors at any time for unexpired terms.

Section Five. Powers and Duties. The officers of the corporation shall have such powers and duties as generally pertain to their respective offices, and such other powers as may be conferred by the board of directors, subject to such limitations as the board may from time to time prescribe.

ARTICLE SIX

AMENDMENTS

These bylaws may be amended or repealed, or added to, or new bylaws may be adopted, at any meeting of the board of directors of the corporation at which a quorum is present by a majority vote of the directors present at the meeting.

Adopted by the board of directors on this 30 day of _November_, 1995.

_Samuel E. Poppell M_

Samuel E. Poppell, M.D.
President,
Emerald Coast Eye Institute, P.A.

This document prepared by:
Arthur H. Lester, M.D., J.D.
813 Wagon Wheel Road
Fort Walton Beach, Florida 32547
(904) 862-5666

c:\wp\clients\poppell\bylaws

6

CERTIFICATE OF DESIGNATION OF

REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 607.0501 OR 617.0501 , FLORIDA STATUES, THE UNDERSIGNED CORPORATION, ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA, SUBMITS THE FOLLOWING STATEMENT IN DESIGNATING THE REGISTERED OFFICE/REGISTERED AGENT, IN THE STATE OF FLORIDA.

1.    The name of the corporation is Emerald Coast Eye Institute,  P.A.

2.    The name and address of the registered agent and office is:

> Arthur H. Lester, M.D., J.D.
> 813 Wagon Wheel Road
> Fort Walton Beach, Okaloosa County, Florida 32547
> Telephone:    (904) 862-5666
> Telecopier:   (904) 862-6609

Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and am familiar with and accept the obligations of my position as registered agent.

_____
Arthur H. Lester, M.D., J.D.

_____
11/30/95
Date

DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FLORIDA 32314