
DEFENDANT'S EXHIBIT C

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLORALA MEMORIAL HOSPITAL., )<br>BLAIRE HENSON; RUSSELL )<br>PAGE, M.D., and SAMUEL )<br>E. POPPELL, M.D., et al. )<br>)<br>Defendants. ) | 2:06-CV-226-D |

## AFFIDAVIT OF SAMUEL E. POPPELL

Before me, the undersigned authority, personally appeared Dr. Samuel E. Poppell, to me known, and first being duly sworn on oath, deposed and said:

My name is Samuel E. Poppell, M.D. I am an Ophthalmologist practicing primarily in Fort Walton Beach, Florida. I am associated with Emerald Coast Eye Institute, P.A. which has offices in Fort Walton Beach, Florida, Destin, Florida and Crestview, Florida. I am Board Certified by the American Board of Ophthalmology and am licensed to practice medicine in Florida. A copy of my CV is attached herewith and accurately sets out my education, training and experience.

I am not licensed to practice medicine in Alabama nor have I ever practiced in Alabama. I have never had any clinical responsibilities in Alabama. All of my professional activities are confined to the State of Florida. I had no role in the selection of the ambulance company or personnel utilized to transport Mr. Ashton from Florala, Alabama to Fort Walton on March 12, 2004. I have had no written or oral contractual arrangement with Florala Memorial Hospital nor do I have privileges there. I have never been to the Florala Memorial Hospital. I did not know Dr. Page before this incident. Also, to

my knowledge, this is the only time I have ever received a referral from Florala's Emergency Department.

As far as the incident in question is concerned, sometime on March 12, 2004, my office received a telephone call from the emergency department at Florala Memorial Hospital in Florala, Alabama. I spoke with Dr. Page who identified Mr. Ashton as a fellow who had suffered trauma to his left eye during a fight. I agreed for Dr. Page to send Mr. Ashton to my clinic in Fort Walton, Florida. Mr. Ashton arrived via ambulance at 5:12 p.m. I thoroughly evaluated Mr. Ashton and determined that I could not properly care for him at my clinic due to the severity of his condition, which demanded immediate surgery. The ambulance personnel wanted to leave Mr. Ashton at my office, which I did not believe, would have been appropriate. I tried to convince the ambulance personnel to arrange a referral to the hospital in Pensacola for surgery. That was unacceptable to the ambulance personnel who stated that they could not legally transport Mr. Ashton from Fort Walton to Pensacola. Alternatively, I tried to arrange for them to take Mr. Ashton to the Fort Walton Beach Emergency Room for admission where I would try to arrange a referral from that facility. Again, the ambulance team stated they could not.

Based on my assessment of the patient, I believed that he needed to go either to UAB or Dothan or some other large facility capable of handling the type of injury and surgery required. Ultimately, I understand that Mr. Ashton was transported to Dothan, Alabama where he underwent emergency surgery by Dr. Peter Zloty.

Based on my education, training, and experience, in my opinion, the decisions my office and I made in regard to the handling of Mr. Ashton's presentation were appropriate under the circumstances and met or exceeded any applicable standard of care. To the extent there is any inference or allegation that my activities breached any applicable standard of care, in my opinion, there was no such breach and no alleged breached contributed to cause any subsequent injury or damage to Mr. Ashton's eye.

I understand that this Affidavit is to be used for any legal purpose in the above referenced and styled lawsuit.

*Samuel E. Poppell MD*
SAMUEL E. POPPELL, M.D.

STATE OF FLORIDA, OKALOOSA COUNTY
SWORN TO AND SUBSCRIBED BEFORE ME this the 22 day of May, 2006.



ANNIE RAINES
MY COMMISSION # DD 506426
EXPIRES: January 12, 2010
Bonded Thru Notary Public Underwriters

_Annie Raines_
NOTARY PUBLIC
My Commission Expires 1-12-10

_____
JACK B. HINTON, JR. (HIN020)
Attorney for Defendant

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
FAX: (334) 834-1054

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 23rd day of May, 2006:

A. Riley Powell, IV, Esq.
Post Office Drawer 969
Andalusia, AL 36420

Tabor R. Novak, Jr., Esq.
Ball, Ball, Matthews & Novac, P.A.
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36102-2148

Alan Livingston, Esq.
Lee & McInish, Attorneys
P.O. Box 1665
Dothan, AL 36302

_____
Jack B. Hinton, Jr.