IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv226-ID |
| v. | ) |
| | ) |
| FLORALA MEMORIAL HOSP., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Emerald Coast Eye Institute, P.A.'s motion to dismiss, filed November 20, 2006 (Doc. No. 40), it is ORDERED that Plaintiff show cause, if any there be, on or before December 11, 2006, why said motion should not be granted.

Done this 27th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE