UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASTHON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-226-D |
| | ) |
| FLORALA MEMORIAL HOSPITAL., | ) |
| BLAIRE HENSON; RUSSELL | ) |
| PAGE, M.D., and EMERALD COAST | ) |
| EYE INSTITUTE, P.A., et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE
## AMENDED MOTION TO DISMISS

COMES NOW the defendant, Emerald Coast Eye Institute, P.A. (hereinafter "Emerald Coast") and respectfully requests that this Honorable Court grant its Motion for Leave to File Amended Motion to Dismiss. As grounds therefore the Defendant states as follows:

1. Defendant's original Motion to Dismiss was filed on November 20, 2006 based on lack of personal jurisdiction.

2. This Court has allowed plaintiff until December 11 to file a reply to Emerald Coast's Motion to Dismiss.

3. Emerald Coast is desirous of raising the statute of limitations as an affirmative and dispositive defense as set out in the accompanying Motion attached hereto as Exhibit "A".

4. Judicial economy would best be served by this Court considering Emerald Coast's alternative ground for dismissal at this juncture.

5. Plaintiff will not be prejudiced by this amendment as he still has a sufficient amount of time to brief the jurisdiction as well as the statute of limitations issue.

WHEREFORE PREMISES CONSIDERED, Defendant Emerald Coast Eye Institute, P.A. respectfully requests this Honorable Court to grant its Motion for Leave to File Amended Motion to Dismiss.

.                                                                                    Respectfully submitted,


                                                                                    /s/ Jack B. Hinton, Jr._____


OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL  36103
(334) 834-9950


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of December, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

A. Riley Powell, IV, Esq.
Post Office Drawer 969
Andalusia, AL  36420

Tabor R. Novak, Jr., Esq.
Ball, Ball, Matthews & Novac, P.A.
2000 Interstate Park Drive, Ste. 204
Montgomery, AL  36102-2148

Alan Livingston, Esq.
Lee & McInish, Attorneys
P.O. Box 1665
Dothan, AL  36302

                                                                                      /s/ Jack B. Hinton, Jr.