**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

December 1, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Ashton v. Florala Memorial Hospital et al**

**Case Number:    2:06cv00226-ID**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document for Exhibit A previously attached.**

**The correct PDF document for Exhibit A is attached to this notice for your review.  Reference is made to document # 42   filed on    December 1, 2006.**