UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06CV-226-D |
| | ) |
| | ) |
| FLORALA MEMORIAL | ) |
| HOSPITAL; BLAIRE HENSON; | ) |
| RUSSELL PAGE, M.D., and | ) |
| SAMUEL E. POPPELL, M.D., | ) |
| | |
|     Defendants. | |

**MOTION FOR ENTRY OF HIPAA ORDER**

Comes now Defendant, Dr. Russell Page, and moves this Honorable Court that it enter the attached agreed HIPAA Order, which will permit the parties to this case to obtain medical records from health care providers who have provided medical care and treatment to Plaintiff. In support of this motion, Defendant would show unto this Honorable Court as follows:

1. The undersigned counsel has circulated among counsel for all parties the attached proposed HIPAA Order and no party has expressed any objection to the entry of the said HIPAA Order.

2. The entry of a HIPAA Order is necessary in order for medical records to be subpoenaed from health care providers. Health care providers require a court order authorizing the release of medical information concerning care and treatment of Plaintiff.

3. The entry of the attached proposed HIPAA Order will expedite discovery in this case and avoid unnecessary involvement of the Court in obtaining medical records.

4. This Court has previously utilized the same HIPAA Order in other cases. See. *E.G. Abor-Watson v. Gwen M. Cooper, M.D.*, et al, civil action number 2:06:287-VPM (see document 20).

WHEREFORE, Defendant requests that this Honorable Court enter the attached agreed HIPAA Order in this case.

Respectfully submitted,

_s/ *Alan Livingston*_____
ALAN LIVINGSTON, (LIV007)
*Attorney for Defendant,*
*Russell Page, M.D.*
LEE & McINISH, ATTORNEYS
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
alivingston@leeandmcinish.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Riley Powell, IV and Tabor Novak.

Dated this the 11th day of December, 2006.

*/s/ Alan C. Livingston*
OF COUNSEL