IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv226-ID |
| v. | ) |
| | ) |
| FLORALA MEMORIAL HOSP., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's opposition to Defendant Emerald Coast Eye Institute's motion to dismiss or, in the alternative, motion to stay (Doc. No. 44), Defendant Emerald Coast Eye Institute is DIRECTED to reply on or before December 29, 2006, to the assertions raised in said opposition and to show cause why the motion to stay should not be granted.

Done this 12th day of December, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE