**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| JOHN ASHTON, | } | |
| PLAINTIFF, | } | |
| VS. | } | CIVIL ACTION NO:  2:06CV-226-D |
| FLORALA MEMORIAL HOSPITAL; BLAIRE HENSON; RUSSELL PAGE, M.D.; and EMERALD COAST EYE INSTITUTE, P.A. | } } | |
| DEFENDANTS. | } | |

---

### MOTION FOR RELIEF FROM DR. PETER ZLOTY'S 26(a)(2) REPORT

Comes now the Plaintiff in the above-styled case and requests this Honorable Court to allow the Plaintiff to proceed in this cause without a Rule 26(a)(2) expert report and as grounds therefor sets forth the following:

1.     Dr. Zloty is requesting $1,000.00 to prepare said report;

2.     Dr. Zloty is available for deposition;

3.     Dr. Zloty's expected testimony is documented in the medical records provided to the Defendants.

4.     The Plaintiff is indigent and can't afford to expend this amount of money for said report. Respectfully submitted this 8th day of January, 2007.

THE POWELL LAW FIRM, P.C.

By: /s/ Riley Powell
    A. Riley Powell, IV (POW029)
  Post Office Drawer 969
    Andalusia, Alabama 36420
    334/222-4103

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tabor R. Novak, Jr., Alan Livingston, and Jack B. Hinton, Jr.

This the 8th day of January, 2007.

/s/ Riley Powell
OF COUNSEL