IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv226-ID |
| v. | ) |
| | ) |
| FLORALA MEMORIAL HOSP., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion for relief from Dr. Peter Zloty's 26(a)(2) report (Doc. No. 50), it is ORDERED that Defendants show cause, if any there be, on or before January 24, 2007, why said motion should not be granted.

Done this 11th day of January, 2007.

                                            /s/ Ira DeMent
                                            SENIOR UNITED STATES DISTRICT JUDGE