UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASTON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06CV-226-D |
| | ) |
| FLORALA MEMORIAL | ) |
| HOSPITAL; BLAIRE HENSON; | ) |
| RUSSELL PAGE, M.D., and | ) |
| SAMUEL E. POPPELL, M.D., | ) |
| Defendants. | |

### DR. RUSSELL PAGE'S REPLY TO PLAINTIFF'S MOTION FOR RELIEF FROM DR. PETER ZLOTY'S 26(a)(2) REPORT

COMES now the Defendant, Dr. Russell Page, pursuant to this Court's Order of January 11, 2007, and respectfully submits the following reply to Plaintiff's *Motion for Relief from Dr. Peter Zloty's 26(a)(2) Report.*

1. The exact nature of the relief requested by Plaintiff in his motion is not entirely clear to the undersigned.

2. To the extent Plaintiff is asking for permission from the Court to avoid securing a Rule 26 report from Dr. Zloty in his capacity as a subsequent treating physician, Dr. Page has no objection.

3. However, Dr. Page cannot agree and specifically objects to Plaintiff being relieved from the requirements of either Rule 26, the *Alabama Medical Liability Act*, the agreed-upon Discovery Plan or the Court's Scheduling Order as

they relate to retained expert witnesses who will give opinions regarding the appropriate standard of care and/or any alleged violation of that standard of care.

Respectfully submitted,

/S/ Alan Livingston
ALAN LIVINGSTON, (LIV007)
*Attorney for Defendant Russell Page*
LEE & McINISH, ATTORNEYS
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
alivingston@leeandmcinish.com

/S/ William W. Nichols
WILLIAM W. NICHOLS, (NIC027)
*Attorney for Defendant Russell Page*
LEE & McINISH, ATTORNEYS
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
wnichols@leeandmcinish.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following A. Riley Powell, IV, Esq., Tabor R. Novak, Jr., Esq. and Jack B. Hinton, Jr., Esq.

Dated this the 23rd day of January, 2007.

s/ William W. Nichols
Of Counsel