UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-226-D |
| | ) |
| FLORALA MEMORIAL HOSPITAL, | ) |
| BLAIRE HENSON; RUSSELL | ) |
| PAGE, M.D., and EMERALD COAST | ) |
| EYE INSTITUTE, P.A., et al. | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the defendant, Emerald Coast Eye Institute, P.A. (hereinafter "Emerald Coast") and, without waiving jurisdiction, by and through the undersigned counsel, responds to this Court's Order to Show Cause of January 11, 2007 and sets forth as follows:

1. Emerald Coast opposes plaintiff's effort to circumvent this Court's Scheduling Order. Emerald Coast agrees with the positions articulated by co-defendants in documents 52 and 53.

2. Should Dr. Zloty be expected by plaintiff or plaintiff's counsel to offer standard of care testimony relative to Emerald Coast and/or Dr. Poppell, Emerald Coast believes it will be prejudiced by the granting of plaintiff's request. It would be prejudicial to hear Dr. Zloty's opinions in that regard for the first time in a deposition without fair notice of those opinions.

WHEREFORE PREMISES CONSIDERED, Defendant Emerald Coast Eye

Institute, P.A. respectfully requests that this Honorable Court deny plaintiff's requested relief relative to expert disclosure information of Dr. Zloty.

                                        Respectfully Submitted,

                                        /s/ Jack B. Hinton, Jr.

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
(334) 834-9950

### Certificate of Service

      I do hereby certify that I have on this 24th day of January, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

A. Riley Powell, IV, Esq.
Post Office Drawer 969
Andalusia, AL 36420

Tabor R. Novak, Jr., Esq.
Ball, Ball, Matthews & Novac, P.A.
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36102-2148

Alan Livingston, Esq.
Lee & McInish, Attorneys
P.O. Box 1665
Dothan, AL 36302

                                        /s/
                                        Jack B. Hinton, Jr.