IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv226-ID |
| v. | ) |
| | ) |
| FLORALA MEMORIAL HOSP., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff John Ashton's motion for relief from Dr. Peter Zloty's 26(a)(2) report (Doc. No. 50), it is ORDERED that, on or before March 8, 2007, Plaintiff file a reply to the assertions made by Defendants in their responses. (Doc. Nos. 52-54.)

Done this 28th day of February, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE