## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JOHN ASHTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIV. ACT. NO. 2:06cv226-ID** |
| **v.** | ) |
| | ) |
| **FLORALA MEMORIAL HOSP., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Upon CONSIDERATION of Defendant Emerald Coast Eye Institute, P.A.'s ("Emerald Coast") motion for leave to file amended motion to dismiss (Doc. No. 42), and the court's finding that Emerald Coast has raised the defense of statute of limitations in sufficient time so as to avoid prejudice to Plaintiff, see Hassan v. U.S. Postal Service, 842 F.2d 260, 263 (11th Cir. 1988), it is ORDERED that said motion be and the same is hereby GRANTED.

It is further CONSIDERED and ORDERED that, on or before March 8, 2007, Plaintiff is DIRECTED to show cause, if any there be, why Emerald Coast's amended motion to dismiss should not be granted.

Done this 28th day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE