UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ASHTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. CV2:06cv226-D |
| | ) |
| FLORALA MEMORIAL HOSPITAL; | ) |
| BLAIRE HENSON; RUSSELL PAGE, | ) |
| M.D. ; and SAMUEL E. POPPELL, | ) |
| M.D., | ) |
| | ) |
| DEFENDANTS. | ) |

### JOINT MOTION BY DEFENDANTS PAGE, HENSON, AND FLORALA MEMORIAL HOSPITAL FOR ENTRY OF FINAL SUMMARY JUDGMENT

COME NOW the defendants, Dr. Russell Page, D.O., Blair Henson and Florala Memorial Hospital, by and through their attorneys of record, and move this Court enter its order granting final Summary Judgment in their favor, and for grounds would show unto the Court as follows:

1.  Your movants have filed Motions for Summary Judgment properly supported by evidentiary submissions and briefs containing legal authorities which warrant the entry of summary judgment in their favor. (Docs. 55, 56 and 60)

2.  This Court ordered the plaintiff file his response to the Motion for Summary Judgment filed by the defendant, Russell Page, D.O., on or before the 8th day of March, 2007. (Doc. 58) The plaintiff has filed no response to Defendant Page's Motion for Summary Judgment.

3. This Court ordered the Plaintiff to file his response to the Motion for Summary Judgment filed by the Defendants Blair Henson and Florala Memorial Hospital on or before the 15th day of March 2007. (Doc. 60) No response has been filed by the Plaintiff to the Motion for Summary Judgment filed by the Defendants Henson and Florala Memorial Hospital.

4. By the terms and provisions of Rule 54, *F.R. Civ.Pro.*, and the Rules of this Court, the Motions for Summary Judgment filed by the Defendants Page, Henson and Florala Memorial Hospital, being unopposed, are due to be granted.

WHEREFORE, your movants respectfully move this Court enter its order granting final Summary Judgment within the meaning of Rule 54(b), *F.R. Civ.Pro.* in favor of the Defendants Dr. Russell Page, D.O., Florala Memorial Hospital, and Blair Henson, with costs taxed to the Plaintiff herein.

BALL, BALL, MATTHEWS & NOVAK, P.A.

/s/Tabor R. Novak, Jr. - NOV001
As Attorneys for the Defendants
Blair Henson and Florala Memorial
Hospital

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

/s/ Alan Livingston
ALAN LIVINGSTON, (LIV007)
*Attorney for Defendant,*
*Russell Page, D.O.*
LEE & McINISH, ATTORNEYS
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342
alivingston@leeandmcinish.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

A. Riley Powell, IV, Esq.
P. O. Drawer 969
Andalusia, Alabama 36420

Jack B. Hinton, Jr., Esq.
Gidiere, Hinton, Herndon & Christman
Suite 904-60 Commerce St.
Montgomery, Alabama 36104

/s/ Tabor R. Novak, Jr.
OF COUNSEL